UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 6 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

ARTHUR CARSON,
PLAINTIFF,

JEWELLEAN MOORE,
PLAINTIFFS,

4:15CV193-BSM

VS.

JODIE SUMLIN, COLONIAL PARC APT.,
DEFENDANT,

APPFOLIO INC.,
DEFENDANTS.

## REQUEST TO PROCEED IN FORMA PAUPERIS

I, Arthur Carson, am the Plaintiff in the above entitled case, in support of My Request to proceed without being required to prepay fees or costs or give security therefor, I state that because of My poverty I am unable to pay the costs of said proceeding or give security therefor, that I believe I am entitled to redress.

I declare that the answers to responses which I have made below are true.

1). I am not presently employed.
2). I have not received within the past twelve months any money from any of the following;
   business, profession, or form of self-employment;
   Rent payments, interest, or dividends;
   Pensions, annuities, or life insurance payments;
   Gifts or inheritances;
   I receive $733 Monthly as SSI payments;
3). I do not own any cash; my checking account balance is $18.00; I have no savings account.
4). I do not own any real estate, stocks, bonds, notes; I currently Co-financed an automobile,
   (2005 Saturn ION) with Monthly payments of $325.00 with Discount Auto.
5). I do not own other valuable property (excluding ordinary household furnishings and clothing).
6). I have attached a copy of My SSI award letter in support of My income.

I Understand that a false statement or answer to the above declaration will subject me to penalties for perjury.

(1)

[Page 2 of in forma pauperis request]

*/s/ Arthur Carson*
Arthur Carson
8215 Spanish RD
Little Rock, AR 72209
(501-240-3437)

(2)

# Social Security Administration

Date: March 5, 2015
Claim Number: XXX-XX-8467DI

000753 1 MB 0.435 P003 T0004 LTR BEV 0305

ARTHUR WAYNE CARSON
8215 SPANISH RD
LITTLE ROCK AR 72209-7129

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Supplemental Security Income Payments**

Beginning January 2015, the current Supplemental Security Income payment is $ 733.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

**Date of Birth Information**

The date of birth shown on our records is April 4, 1954.

**Type of Supplemental Security Income Payment Information**

You are entitled to monthly payments as a disabled individual.



**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page