UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARTHUR CARSON; and**     **PLAINTIFFS**
**JEWELLEAN MOORE,**

v.     **CASE NO. 4:15CV00193 BSM**

**JODIE SUMLIN, COLONIAL PARC APT.;**
**and APPFOLIO INC.,**     **DEFENDANTS**

## ORDER

The motion to alter or amend order filed by plaintiffs Arthur Carson and Jewellean Moore [Doc. No. 8] is denied. A review of the financial affidavits submitted by plaintiffs indicates that they should be able to make payments as required by the April 9, 2015, order [Doc. No. 4]. Accordingly, plaintiffs' amended requests to proceed *in forma pauperis* [Doc. Nos. 6 & 7] are denied.

IT IS SO ORDERED this 17th day of April 2015.

_____
UNITED STATES DISTRICT JUDGE