IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ARTHUR CARSON                                                              PLAINTIFF

vs.                       CASE NO. 4:15-cv-00193 (BSM)

JODIE SUMLIN, COLONIAL PARC
APT. and APPFOLIO INC.                                                    DEFENDANTS

### STIPULATION OF DISMISSAL

The parties having agreed upon a settlement which disposes of all issues which were or could have been raised in this litigation, it is hereby stipulated pursuant to F.R.C.P. 41 by all of the parties to this litigation that this matter may be dismissed with prejudice and without costs to any party.

This stipulation can be executed in counterparts.

_____             _____
Arthur Carson                          John B. Buzbee (Ark. Bar 08045)
Pro Se Plaintiff                       NIXON & LIGHT
8215 Spanish Road                      10201 W. Markham, Suite 108
Little Rock, Arkansas 72209            Little Rock, Arkansas 72205
501.240.3437 Telephone                 Attorney for Defendants
                                       501.376.3600 Telephone
                                       john@nixonandlight.com